# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 21-SW-2063DPR
United States Postal Service Priority Mail parcel )
9505514097231049171128 (Subject Parcel) )
 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Missouri____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____3/22/21____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Chief U.S. Magistrate Judge David P. Rush____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

☐ Warrant issued in person.
☑ Warrant issued by telephone or other reliable electronic means.

Date and time issued: 3/17/2021 at 1:00 p.m.   ____/s/ David P. Rush____
*Judge's signature*

City and state: Springfield, Missouri   Chief U.S. Magistrate Judge David P. Rush
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 21-SW-2063DPR | Date and time warrant executed: 3/17/2021 1:27 pm | Copy of warrant and inventory left with: M. Murrow – USPS |

Inventory made in the presence of:
James Dye

Inventory of the property taken and name of any person(s) seized:

- → $6,000 U.S. Currency
- → Misc. Womens Clothing
- → Misc. Candy
- → Pink Crayola Bag
- → USPS Mailing Box

## Certification

I declare under penalty of perjury that this inventory is correct and was returned electronically to the designated judge.

Date: 3/17/2021

*Executing officer's signature*

Matthew Murrow – Postal Inspector
*Printed name and title*

PRINT     SAVE AS     RESET

# ATTACHMENT A

# ITEM TO BE SEARCHED

USPS Priority Mail parcel 9505514097231049171128 addressed to "B. Zapata, 7656 E. Krall St, Scottsdale, Az. 85250" with a return address of "Rachael Smith, 834 Maud, Poplar Bluff, MO 63901", which is currently in the possession of the US Postal Inspection Service in Springfield, Missouri.



## ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEARCHED FOR AND SEIZED

1. Controlled substances, including but not limited to marijuana, cocaine, methamphetamine, heroin, and/or ecstasy (MDMA);

2. Any letters and/or documents related to any criminal act or acts under any provision of Title 21, United States Code, Sections 841, 843 and 846; and

3. Any proceeds, or U.S. currency derived from any criminal act or acts under any provision of Title 21, United States Code, Sections 841, 843 and 846.